IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> and ) <br> ) <br> DANESHA DAVIS, ) <br> ) <br> Plaintiff-Intervenor, ) <br> v. ) <br> ) <br> KANSAS CITY, KANSAS HOUSING ) <br> AUTHORITY, VICTOR L. HERNANDEZ, ) <br> DERRICK ESTELLE, SR., and RONALD ) <br> D. COBB, ) <br> Defendants. ) | Case No. 2:15-CV-09352 |

**NOTICE OF SERVICE**

Defendant Kansas City, Kansas Housing Authority, by and through its counsel of record, notifies the Court that on the 30th day of September, 2016, Defendant Kansas City, Kansas Housing Authority's Response to Plaintiff's Settlement Demand was served via electronic and standard mail to: Ronald H. Lee, Housing & Civil Enforcement Section, Civil Rights Division, US Depart of Justice, 950 Pennsylvania Avenue NW, Northwestern Bldg., 7th Floor, Washington, DC 20530, email: ronald.lee@usdoj.gov.

Respectfully submitted by:

*/s/ Sean M. Sturdivan*
Sean M. Sturdivan          KS # 21286
Nickolas C. Templin        KS # 25986
Sanders Warren & Russell LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Ph: (913) 234-6100; Fax: (913) 234-6199
s.sturdivan@swrllp.com; n.templin@swrllp.com
**ATTORNEYS FOR KANSAS CITY KANSAS HOUSING AUTHORITY**

## CERTIFICATE OF SERVICE

      I certify that on the 3rd day of October, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all registered CM/ECF parties.

Ronald H. Lee
Amie S. Murphy
Housing & Civil Enforcement Section
Civil Rights Division, US Depart of Justice
950 Pennsylvania Avenue NW
Northwestern Bldg., 7th Floor
Washington, DC 20530
Email: Ronald.lee@usdoj.gov
Email: Amie.Murphy2@usdoj.gov
**Attorney for the United States of America**

Anthony E. LaCroix
LaCroix Law Firm, LLC
406 W. 34th St., Suite 810
Kansas City, MO 64111
Email: tony@lacroixlawkc.com
**Attorney for Intervenor Daneasha Davis**

Jon P. Fleenor
Assistant United State Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
Email: jon.fleenor@usdoj.gov
**Attorney for the United States of America**

Tom Beall
**Acting United States Attorney District of Kansas**

Loretta E. Lynch
**Attorney General**

Vanita Gupta
**Principal Deputy Assistant Attorney General Civil Rights Division**

Sameena Shina Majeed
**Chief**

      I further certify that on this date the foregoing document was mailed by first-class mail and electronic mail to the following non-CM/ECF participants:

Victor Hernandez
PO Box 32502
Kansas City, MO 64171
vichernandez827@gmail.com

                                                 */s/ Sean M. Sturdivan*
                                                 Attorney